SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@socaleag.com

Attorneys for Plaintiff
MICHAEL RHAMBO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL RHAMBO,

      Plaintiff,

    vs.

KASH PARTNERS LLC; PAMELA G. MARKESE, AS TRUSTEE OF THE VINCENT JOSEPH AND PAMELA GAIL MARKESE FAMILY TRUST; and DOES 1 to 10,

      Defendants.

**Case No.: 2:25-cv-10247-FMO-MBK**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE** that MICHAEL RHAMBO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

1    (i)    A notice of dismissal before the opposing party serves either an

2    answer or a motion for summary judgment.

3    None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4    summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5    Court.

6

7    DATED:  December 22, 2025    **SO. CAL. EQUAL ACCESS GROUP**

8

9

10    By:    _/s/  Jason J. Kim_____

11    Jason J. Kim, Esq.
     Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**